1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9
10

CORDELL L. HAWKINS,          )   NO. CV 16-5431-RGK (KS)

11
            **Petitioner,**  )

12
        **v.**              )  **ORDER ACCEPTING FINDINGS AND**

13
                  )  **RECOMMENDATIONS OF UNITED**

14
WARREN L. MONTGOMERY,   )  **STATES MAGISTRATE JUDGE**

           **Respondent.**  )

15
_____ )

16
17
18

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas

19
Corpus ("Petition"), all of the records herein, the Report and Recommendation of United

20
States Magistrate Judge ("Report"), and Petitioner's Opposition to the Magistrate Judge's

21
Report and Recommendation ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.

22
R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to

23
which objections have been stated. Having completed its review, the Court accepts the

24
findings and recommendations set forth in the Report.

25
\\

26
\\

27
\\

28

1    Accordingly, IT IS ORDERED that:  (1) the Petition is DENIED; and (2) Judgment

2    shall be entered dismissing this action with prejudice.

4    DATED:   November 9, 2017

                                    R. GARY KLAUSNER
                                    UNITED STATES DISTRICT JUDGE