JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CORDELL L. HAWKINS,**
    **Petitioner,**

v.

**WARREN L. MONTGOMERY,**
    **Respondent.**

NO. CV 16-5431-RGK (KS)

**JUDGMENT**

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 9, 2017

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE